IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY DAVIS,

                Plaintiff,

v.

SGT. WALDERA,
CORRECTIONAL OFFICER MEYERS, and
CORRECTIONAL OFFICER STUCKMAN,

                Defendants.

ORDER

25-cv-528-jdp

---

Plaintiff Gregory Davis, proceeding without counsel, alleges that prison staff forced him to stand in a shower despite knowing that he was authorized to use a shower chair for medical reasons, leading to Davis falling in the shower and being injured. I granted Davis leave to proceed on Eighth Amendment claims, but the complaint has not yet been served because I directed Davis to submit a re-scanned version of the complaint to fix problems with the readability of the complaint. Dkt. 6.

Davis has still not submitted a re-scanned version of the complaint. Instead he has sent the court multiple copies of a notice of claim in which he declares his intent to bring negligence claims under state law. Dkt. 23; Dkt. 24; Dkt. 31–33. If Davis means to amend his complaint, he should submit a proposed amended complaint including any new claims that he wishes to bring. And even if he chooses not to amend his complaint, he needs to submit a re-scanned version of his original complaint. I will give Davis a new deadline to decide how to proceed.

Davis also again moves for reconsideration of my order denying his motion for the court's assistance in recruiting him counsel. Dkt. 30. Davis states that medical conditions make it difficult for him to write for extended periods of time. This impediment might be a reason

for him to seek extension of court deadlines if necessary but it is not alone a reason to recruit him counsel. And as I've already explained in previous orders, it is far too early to tell whether this case will be too complex for him to handle without a lawyer.

ORDER

IT IS ORDERED that:

1. Plaintiff may have until December 8, 2025, to submit a re-scanned version of his original complaint or to submit a proposed amended complaint.

2. Plaintiff's renewed motion for assistance in recruiting counsel, Dkt. 30, is DENIED.

Entered November 18, 2025.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge